THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: October 8, 2013



Susan V. Kelley
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WISCONSIN

| In Re: | Trinette Safford | Case No. 13-29264 |
|---|---|---|
| | Debtor | Chapter 7 |

ORDER EXTENDING DEADLINE TO FILE FINANCIAL MANAGEMENT COURSE

Upon the debtor's Ex Parte Motion to Extend the Deadline, IT IS HEREBY ORDERED:

1. The Deadline to file the financial management course is extended until November 11th, 2013.

########